UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
IN COURT
CHARLOTTE, N. C.

MAR 27 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07cr61-W |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | INDICTMENT |
| 1) ROSCOE ABELL | ) | |
|    a/k/a "SCOE" | ) | |
|        "BIG BRA" | ) | |
| (2) EMMANUEL ELLIS KELLER | ) | UNDER SEAL |
|    a/k/a "MAYO" | ) | |
|        "MANYO" | ) | |
| (3) JERMER OLIVETTE LOWERY | ) | |
|    a/k/a "SWEET P" | ) | |
|        "SWEETS" | ) | |
|        "BEAT-A-MAN" | ) | |
| (4) CHAVIUS MARQUETTE BARBER | ) | |
|    a/k/a "CHA-ROC" | ) | |
| (5) LORENZO LEE JOHNSON | ) | |
|    a/k/a "BIG ZO" | ) | |
| (6) ALONZO LEE JOHNSON | ) | |
|    a/k/a "LIL' ZO" | ) | |
| (7) KENNETH BERNARD MARTIN | ) | |
|    a/k/a "B.C." | ) | |
|        "BIG CUZ" | ) | |
| (8) RONALD MARTIN | ) | |
|    a/k/a "MELLOW" | ) | |
|        "MO" | ) | |
| (9) DEMARIO BRIDGES | ) | |
|    a/k/a "MARIO" | ) | |
|        "DUNLAP" | ) | |
| (10) TONY STEPHENS | ) | |
|    a/k/a "KIDD" | ) | |
|        "THA KIDD" | ) | |
|        "KID KING" | ) | |
|        "LIL' TONY" | ) | |
| (11) MARTRAI DAVIS | ) | |
|    a/k/a "6-9" | ) | |
| (12) KEVIN LEE JOHNSON | ) | |
|    aka "KP" | ) | |
|    aka "LIL' KP" | ) | |

(13) MARCUS DUPREE COLEMAN )
  a/k/a  "BEAN" )
(14) STEVEN JERMONTE CURETON )
  a/k/a  "ROLLO" )
(15) CHARLIE RENZELL STROTHER )
  a/k/a  "RALLO" )
(16) CALVIN MAURICE SIMONDS )
  aka "CAL" )
(17) DANIELLE JERMAINE JACKSON )
  aka " HEAD" )
(18) CLIFTON VANDIVER )
(19) RICARDO STITT )
(20) BRIAN JEROME JORDAN )
  aka "SAI" )
_____ )

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Indictment be sealed until further order of this court.

*Carl Horn, III*
*U.S. Magistrate Judge*