UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07CR61 |
| | ) | |
| vs. | ) | ORDER FOR |
| | ) | TRANSFER OF CUSTODY |
| ROSCOE ABELL | ) | |

**THIS MATTER** is before the Court on the Government's motion, filed January 6, 2009, for the transfer of custody of Inmate Roscoe Abell.

The Court has carefully reviewed the motion, and believes that good cause has been shown to justify the transfer of custody of Inmate from Mecklenburg County Jail to any member of the FBI or CMPD. The transfer shall be subject to the following conditions:

(1) The Chief Jailer, at Mecklenburg County Jail shall allow the transfer of custody of the Inmate ROSCOE ABELL (PID 208771) to any member of the FBI or CMPD, during the period from 9:00 a.m. on December 19, 2008, through March 19, 2009.

(2) Custody of the Inmate may be given to any member of the FBI or CMPD, provided at least one other law enforcement agent is present when the Inmate is transported. The Chief Jailer at Mecklenburg County Jail shall not turn over custody of the Inmate unless a member of the FBI and/or another designated agent is present.

(3) When the Inmate is picked up at the Jail, agents shall use the same security and restraints as used by the United States Marshals Service when transporting a prisoner; i.e., the Inmate shall be placed in handcuffs and leg shackles whenever being transported.

IT IS SO **ORDERED**.

Signed: January 6, 2009

Frank D. Whitney
United States District Judge